**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Zechary Torrance EDWARDS,**
**Defendant–Appellant.**

**No. 11–14814**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 23, 2012.

Peggy Morris Ronca, Tanya Davis Wilson, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Donna Lee Elm, Robert Godfrey, Rosemary Cakmis, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before PRYOR, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Godfrey, on behalf of Craig L. Crawford, Federal Public Defender and appointed counsel for Zechary Edwards, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals *no* arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Edwards's convictions and sentences are **AF-FIRMED.**